# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**RENEE GIFFIN,**

    **Plaintiff,**

                      Case No. 2:10-CV-144

    **v.**                      **JUDGE EDMUND A. SARGUS, JR.**
                            **MAGISTRATE JUDGE NORAH MCCANN KING**

**PROVIDER SERVICES, INC.,**

    **Defendant.**

## ORDER

    The parties shall submit post-trial briefs on the issues of liquidated damages and reinstatement by **Tuesday, January 17, 2012**. Memorandums in opposition shall be submitted by **Tuesday, January 24, 2012**.

    **IT IS SO ORDERED.**


**01/10/2012**                                          **/s/ *Edmund A. Sargus, Jr.***
**DATED**                                               **EDMUND A. SARGUS, JR.**
                                                         **UNITED STATES DISTRICT JUDGE**