IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

RENEE GIFFIN,

    Plaintiff,

v.

    Case No. 2:10-CV-0144
    JUDGE EDMUND A. SARGUS, JR.
    MAGISTRATE JUDGE NORAH MCCANN KING

PROVIDER SERVICES, INC.,

    Defendant.

## ORDER

The parties have reported that this case has been settled. The post-trial briefing deadlines established by Order of this Court on January 10, 2012 (Doc. 122) are accordingly **VACATED**. The parties shall submit a settlement agreement to the Court by **February 15, 2012**.

IT IS SO ORDERED.

\_\_1-17-2012\_\_
DATED

_____
EDMUND A. SARGUS, JR.
UNITED STATES DISTRICT JUDGE